UNITED STATES BANKRUPTCY COURT
Northern District of Illinois . Western Division

IN RE:  CHAPTER 13
CHARLES E. WALKER
MARSHA E. WALKER  CASE NO. 12-84335

## NOTICE OF FINAL CURE PAYMENT AND COMPLETION OF PLAN PAYMENTS

Pursuant to Federal Bankruptcy Rule 3002.1(f), the Chapter 13 Trustee, Lydia S. Meyer, files Notice that the amount required to cure the default in the below claim has been paid in full and the debtor has completed payments under the Plan.

**Name of creditor:**   JP Morgan Chase Bank NA     **Court claim #: 5**

**Last four digits** of any number used to identify the debtor's account: 2050

| *Final Cure Amount* | |
|---|---|
| Amount of Prepetition Arrears | $796.86 |
| Amount Paid by Trustee | $796.86 |

| *Monthly ongoing Mortgage Payment* |
|---|
| Mortgage is paid: |
| ☐  Thru the Chapter 13 Plan         ☒  Direct by Debtor(s) |

Within 21 days of the service of this Notice, the creditor **MUST** file and serve a Statement as a supplement to the holders' proof of claim on the debtor, debtor's counsel and the trustee, pursuant to Federal Bankruptcy Rule 3002.1 (g), indicating: 1) whether it agrees that the debtor has paid in full the amount required to cure the default and 2) whether the debtor is otherwise current on all payments consistent with 11 USC ¶1322(b)(5).

Dated:  2/7/18                              /s/Lydia S. Meyer
                                            Lydia S. Meyer, Trustee
                                            308 W. State St., Suite 212
                                            Rockford, IL  61101

Certificate of Service

I hereby certify that a copy of this Notice of Final cure Payment and Completion of Plan Payments was served on the parties listed below by ordinary US Mail or served electronically through the Court's ECF System at the email address registered with the Court on this 7th Day of February, 2018

Dated:  2/7/18                              /s/Cynthia K. Burnard

JP MORGAN CHASE BANK NATIONAL ASSOC.
3415 VISION DRIVE
MAIL CODE OH-7142
COLUMBUS, OH 43219

CHASE MANHATTAN MORTGAGE
3415 VISION DR., MAIL CODE OH4-7133
COLUMBUS, OH  432119

MANLEY DEAS KOCHALSKI
PO BOX 165028
COLUMBUS, OH 43216-5028\

CHARLES E. WALKER
MARSHA E. WALKER
16 HERON COURT
LAKE IN THE HILLS, IL  60156

LAW OFFICE OF JASON BLUST LLC
211 W. WACKER DRIVE, SUITE 300
CHICAGO, IL  60606